IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 05-cv-01803-ZLW-CBS

COLLECT AMERICA, LTD., a Delaware corporation,

    Plaintiff,

v.

THE LAW OFFICE OF CURTIS O. BARNES, P.C., a
California professional corporation, and
CURTIS O. BARNES,

    Defendants.

_____

## ORDER
_____

    After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case.  Therefore, it is

    ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

    Dated at Denver, Colorado, this  19   day of September, 2005.

                        BY THE COURT:

                        s/ Zita L. Weinshienk

                        _____

                        ZITA L. WEINSHIENK, Senior Judge
                        United States District Court