IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01803-WYD-CBS

COLLECT AMERICA, LTD., a Delaware corporation,

　　　Plaintiff,

v.

THE LAW OFFICE OF CURTIS O. BARNES, P.C., a California professional
corporation; and
CURTIS O. BARNES,

　　　Defendants.

---

### ORDER OF DISMISSAL

---

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion to Dismiss

Without Prejudice and to Vacate Hearing filed November 17, 2005.  The Court, having

reviewed the motion and being fully advised in the premises, hereby

ORDERS that Plaintiff's Unopposed Motion to Dismiss Without Prejudice and to

Vacate Hearing is **GRANTED**.  In accordance therewith, it is

ORDERED that the hearing scheduled on November 21, 2005 on Plaintiff's motion

for a preliminary injunction is **VACATED**.  It is

FURTHER ORDERED that all claims asserted by Plaintiff in this action are

**DISMISSED WITHOUT PREJUDICE** pursuant to FED. R. CIV. P. 41(a)(2), each party to

bear their own costs.

Dated:  November 17, 2005

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge